UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-282(1) (PJS/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHADOR TOMMIE CORTEZ JACKSON,

    Defendant.

**ORDER FINDING SPECIFIC REASONS FOR NO FURTHER DELAY OF CHANGE OF PLEA UNDER CARES ACT SECTION 15002(b)(2)**

This matter is before the Court on the Parties' Joint Statement Regarding CARES Act. (ECF No. 60). Based on the facts set forth in the Statement, and on all the files and proceedings in this matter, the Court hereby finds that the plea hearing in this case cannot be further delayed without serious harm to the interests of justice based on the following reasons:

1. Mr. Jackson was arrested on a federal complaint on September 10, 2020, and has remained in continuous federal custody since then. Because of the COVID-19 pandemic, the Washington County Jail, where Mr. Jackson is currently detained, has restricted inmate movement. As such, Mr. Jackson would like to move forward with his case now rather than later so that he can more quickly arrive in a Bureau of Prisons facility. A change of plea by video conference will prevent unnecessary delay of procedures, and will serve to expedite his eventual transfer to the Bureau of Prisons.

2. A plea by video conference will also save Mr. Jackson from having to undergo the quarantine and isolation procedures that apply at the Washington County Jail

to new inmates, and to inmates who have left the facility. It is the understanding of the parties that so long as the COVID-19 pandemic creates challenges for detention facilities, Mr. Jackson would likely be made to endure at least one and possibly two quarantine and isolation periods in order to attend an in-person hearing in federal court. A change of plea hearing by video conference will save Mr. Jackson from having to undergo quarantine and isolation procedures.

3. In addition, a video conference is preferable to an in-person hearing to minimize direct interactions that could introduce unnecessary risk of exposure to COVID-19.

Accordingly, and based on the express consent of Mr. Jackson (ECF No. 34), it is hereby ORDERED that the Court will proceed with Mr. Jackson's change of plea hearing via videoconference on January 19, 2021, as scheduled.

Dated: 1/15/21

_____
The Honorable Patrick J. Schiltz
U.S. District Court Judge