# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) |
| | ) Case No: 20-CR-0282(1) (PJS/ECW) |
| v. | ) Date: January 19, 2021 |
| | ) Court Reporter: Debra Beauvais |
| Shador Tommie Cortez Jackson, | ) Courthouse: Video Conference |
| Defendant. | ) Courtroom: Video Conference |
| | ) Time Commenced: 9:05 a.m. |
| | ) Time Concluded: 9:47 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 42 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
　For Plaintiff:　　Chelsea Walcker
　For Defendant:　Jordan Kushner　☐ FPD　☐ CJA　☒ Retained　☐ Appointed
　Interpreter/Language: /
　☐ Appointment of Counsel requested - ☐ granted　☐ denied.
　☐ Appointed

PROCEEDINGS:
　☐ **Arraignment** on ☐ Information, ☐ Indictment
　☒ **Change of Plea Hearing.**
　☐ **Initial Appearance.**
　☐ Indictment waived.
　☐ Defendant withdraws plea of as to Count(s):

　☒ PLEA:
　　☒ Guilty as to Count: 1
　　☐ "Nolo Contendere" as to Count(s):
　　☐ Defendant admits allegations in the Information.

　☒　Presentence Investigation and Report requested.
　☐　Bond continued.
　☒　**~Util Set/Reset Hearings:** Sentencing is scheduled for Tuesday, May 4, 2021 at 9:00 a.m. before Judge Patrick J. Schiltz.
　☒　Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_s/C. Glover_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy