# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 20-CR-0282(1) (PJS/ECW) |
| Shador Tommie Cortez Jackson, Defendant. | Date: June 2, 2021 |
| | Court Reporter: Debra Beauvais |
| | Courthouse: STP |
| | Courtroom: Devitt |
| | Time Commenced: 11:37 a.m. |
| | Time Concluded: 12:03 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 26 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Chelsea Walcker
    For Defendant:    Jordan Kushner    ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1s | Y | | 33 months | | 2 years | | |

Said terms to run  ☐ concurrently  ☐ consecutively

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☒ Restitution in the amount of $939,591.98.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $100 to be paid immediately.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted     ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket no.: 116 shall be unsealed at the time the judgment is filed.
☐ Docket no.:  shall remain sealed until.
☐ Docket no.:  shall be sealed indefinitely.

  s/C. Glover  <br>Courtroom Deputy